1
2
3
4
5
6
7

Sero-O

FILED
CLERK, U.S. DISTRICT COURT

MAR -6 2012

CENTRAL DISTRICT OF
EASTERN DIVISION

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.: CR 02-01131 JFW |
| 11         Plaintiff, | ORDER OF DETENTION PENDING |
| 12      v. | FURTHER REVOCATION PROCEEDINGS |
| 13  FREDDIE Velazquez | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| 14         Defendant. | |

16   The defendant having been arrested in this District pursuant to a warrant
17   issued by the United States District Court for the ___Central___ District of
18   ___California___ for alleged violation(s) of the terms and conditions of probation
19   or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22   A. (X)  The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c). This finding is based on the following:
25           - petition + reports
26           - pretrial services report
27           _____
28           _____

                                   1

and/ or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 6, 2012

HONORABLE SHERI PYM
United States Magistrate Judge